UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
HOLLIS TAGGART GALLERIES, INC.,

          Plaintiff,

     -v-

ANNE WHITE,

          Defendant.
```

26-cv-608 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On January 22, 2026, Plaintiff Hollis Taggart Galleries, Inc. ("Hollis Taggart") commenced this action by filing its complaint against defendant Anne White. ECF No. 1. On February 3, 2026, Hollis Taggart filed an affidavit of service representing that a summons and the complaint had been served on White on January 31, 2026. ECF No. 8. Then, on February 25, 2026, Hollis Taggart requested that the Clerk of Court issue a certificate of default because White had not filed an answer or otherwise moved with respect to the complaint. ECF No. 11. The Clerk of Court issued the requested certificate of default on March 2, 2026. ECF No. 13.

On March 9, 2026, the Court held a conference in this matter at which White, proceeding pro se, described to the Court's satisfaction the circumstances that have thus far prevented her from answering or otherwise moving with respect to the complaint. Accordingly, and for the reasons stated on the record at that conference, the Court hereby sets aside the certificate of default issued by the Clerk of Court.

The Court will hold a further scheduling conference in this matter at 11 a.m. on March 23, 2026.

The Clerk of Court is respectfully directed to cancel the certificate of default that appears at docket entry 13.

SO ORDERED.

Dated:    New York, NY
          March 11, 2026

JED S. RAKOFF, U.S.D.J.